UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TREVIS S. BARBER                                          CIVIL ACTION

VERSUS                                                    NO. 07-3166

WARDEN JEFFREY TRAVIS ET AL.                              SECTION "C" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motions to dismiss, Record Doc. Nos. 19 and 32, are hereby GRANTED, and that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that defendants' motions for partial summary judgment alleging failure to exhaust administrative remedies procedures, Record Doc. Nos. 20 and 33, are DISMISSED AS MOOT.

New Orleans, Louisiana, this 15 day of October, 2007.

UNITED STATES DISTRICT JUDGE